THOMAS J. POPE et al., Appellants, *v.* GEORGE A. PORTER et al., Respondents.

(Argued January 29, 1889; decided February 8, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 19, 1888, which affirmed an order of Special Term denying an application to vacate or modify the judgment entered herein.

*Isaac D. Garfield* for appellants.

*William G. Tracy* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

SAMUEL A. BRIGGS, as Assignee, etc., Appellant, *v.* GEORGE A. PORTER et al., Respondents.

THIS case presented the same questions and was argued and decided with *Pope* v. *Porter* (*supra*).